# UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No. CR09-5350RBL** |
| Plaintiff, | |
| v. | **ORDER CONTINUING ARRAIGNMENT, DETAINING DEFENDANT, AND FIXING TIME FOR HEARING** |
| **TODD GEHMAN HOWARD,** | |
| Defendant. | |

**THIS MATTER** comes before the court for purposes of arraignment. The plaintiff appears through Assistant United States Attorney, Brian Werner. The defendant appeared personally without counsel having previously refused both counsel and stand-by counsel.

The defendant having refused to be arraigned; the court having been telephonically advised by Pre-Trial Services that the defendant is in non-compliance with the conditions of supervision ordered by the Honorable J. Richard Creatura; the court having orally advised the defendant of the allegations of Pre-Trial Services; the court having advised the defendant that his liberty is at issue, and the defendant nonetheless continuing to refuse appointment of counsel, now therefore:

1. The defendant is remanded to the custody of the U.S. Marshal.
2. The matter is continued for purposes of <u>arraignment</u> and <u>bond review</u> to the following time and date:

   **Tuesday, June 2, 2009 at 2:00 p.m.**

Defendant is ordered detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the U.S. Pretrial Services Office.

**May 29, 2009.**

*/s/ J. Kelley Arnold*
**J. Kelley Arnold, U.S. Magistrate Judge**

ORDER
Page - 1