<blockquote style="hidden">Judge Ronald B. Leighton</blockquote>

Judge Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-5350RBL |
| Plaintiff, | ) | ORDER GRANTING GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS |
| v. | ) | |
| TODD GEHMAN HOWARD, | ) | |
| Defendant. | ) | |

It is hereby ORDERED that the Government's motion to extend the time to respond to Defendant Todd Gehman Howard's Motion to Dimiss (docket no. 131) is GRANTED.

The Government's response is due on December 3, 2009.

IT IS SO ORDERED.

DATED this 10th day of November, 2009.

*/signature/*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

  /s/ Michael Dion
MICHAEL DION
Assistant United States Attorney

[PROPOSED] ORDER/Extending Government's response time
United States v. Howard — 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970