Judge Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | CASE NO. CR. 09 5350RBL |
| v. | ) | |
| TODD GEHMAN HOWARD, | ) | ORDER TO SEAL |
| Defendant. | ) | |

Having read the Defense Motion to Seal **Affidavit of Facts Regarding Attorney-Client Interactions in Support of Motion [Docket #131]**, which was filed under seal,

It is hereby ORDERED that the **Affidavit of Facts Regarding Attorney-Client Interactions in Support of Motion [Docket #131]** be allowed to remain under seal.

Dated this 11th day of January, 2010 A.D.

Ronald B. Leighton
United States District Judge

Presented by:

/s/ Todd Gehman Howard

Page 1 of 1
ORDER to Seal

09-CR-05350-ORD

Todd Gehman Howard
c/o 2904 Angus Drive SE
Tenino, Washington
(360) 264-5543